**Dismiss and Opinion Filed July 31, 2013**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00152-CV

**LESTER JON RUSTON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81291-01**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated June 21, 2013, we questioned our jurisdiction over this appeal. Specifically, we informed appellant that the Collin County District Clerk, in response to a notice that the clerk's record was overdue, notified the Court that no documents had been filed in this case pursuant to an administrative order regarding documents submitted by appellant to the district clerk's office. The administrative order, signed by the local administrative judge for Collin County on January 25, 2013, provides that appellant was declared a vexatious litigant on June 14, 2007 and attempted to file a petition for a writ of error. After reviewing the documents submitted by appellant, the administrative judge determined the documents were submitted without obtaining permission from the court as provided by the June 14, 2007 order and that the claims contained in the submitted documents did not set forth a legitimate request for relief. Therefore the administrative judge ordered the Collin County District Clerk's office not to file

the documents and to return them to appellant.  Thereafter, on February 1, 2013, appellant filed a notice of appeal "pursuant to article 44.02" of the Texas Code of Criminal Procedure. (Article 44.02 deals with the right of a criminal defendant to appeal in a criminal matter.)  By letter dated June 21, 2013, we questioned our jurisdiction over this appeal.  We directed appellant to file a letter brief within twenty days regarding the jurisdictional issue.  To date, appellant has not filed a letter brief or otherwise corresponded with the Court regarding this appeal.

Because appellant filed a notice of appeal and did not apply for a writ of mandamus, we dismiss this appeal for want of jurisdiction.  *See* TEX. CIV. PRAC. & REM. CODE 11.102 (c) (West Supp. 2012) (decision of local administrative judge denying permission to file litigation is not ground for appeal, except that litigant may apply for writ of mandamus with the court of appeals not later than the 30th day after the date of the decision).

/Carolyn Wright/

130152F.P05

CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LESTER JON RUSTON, Appellant

No. 05-13-00152-CV       V.

THE STATE OF TEXAS, Appellee

On Appeal from the 366th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 366-81291-01.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee THE STATE OF TEXAS recover its costs of this appeal from appellant LESTER JON RUSTON.

Judgment entered July 31, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE